UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:
TRAVIESO, LUIS
TRAVIESO, MARIANGEL R.

Case No.   10-47375-BKC-AJC
Chapter 7

Debtor
_____/

**TRUSTEE'S SUPPLEMENTAL**
**NOTICE OF FINAL DIVIDENDS TO CREDITORS**

The trustee herein files this Supplemental Notice of Dividends to the creditors of this estate and states that the Internal Revenue Service, Claim #16, returned its final distribution check and states the claim has been paid in full.  This resulted in additional funds becoming available to the remaining creditors of the estate.  Attached hereto is the Trustee's Supplemental Final Dividend made to creditors.

The supplemental dividend checks were mailed to creditors on 11/12/13.  If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 311.

/s/ Barry E. Mukamal
Barry E. Mukamal, Trustee
One SE Third Avenue - Box 158
Miami, FL  33131
(305) 995-9798

Printed: 11/11/13 12:13 PM  **Trustee's Final Dividend**  Page: 1

## Case: 10-47375   TRAVIESO, LUIS

| Claim # | Date | Pri | Claimant / Proof / <Category> | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 13 | 06/13/11 | 100 | American Honda Finance Corporation<br>PO Box 168088<br>Irving, TX 75016-8088<br><4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | 4,935.48 | 0.00 * | 0.00 | 0.00 | 0.00 |
| | | | **Priority 100:   0% Paid** | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 12/07/10 | 200 | Barry E. Mukamal<br>One SE Third Avenue - Box 158<br>Miami, FL 33131<br><2100-00  Trustee Compensation> | 1,950.02 | 1,950.02 | 1,950.02 | 0.00 | 0.00 |
| | 12/07/10 | 200 | Barry E. Mukamal<br>One SE Third Avenue - Box 158<br>Miami, FL 33131<br><2200-00  Trustee Expenses> | 107.91 | 107.91 | 107.91 | 0.00 | 0.00 |
| | | | **Total for Priority 200:   100% Paid** | $2,057.93 | $2,057.93 | $2,057.93 | $0.00 | $0.00 |
| | | | **Total for Admin Ch. 7 Claims:** | $2,057.93 | $2,057.93 | $2,057.93 | $0.00 | $0.00 |
| **Priority Claims:** | | | | | | | | |
| 16P | 06/20/11 | 570 | Internal Revenue Service<br>POB 7346<br>Phildalephia, PA 19100-1734<br><5800-00  Claims of Governmental Units> | 2,116.82 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Priority 570:   0% Paid** | | | | | |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 04/27/11 | 610 | Ford Motor Credit Co LLC<br>c/o WM A Ingraham Jr Atty<br>POB 370098<br>Miami, FL 33137<br><7100-00  General Unsecured § 726(a)(2)> | 1,452.62 | 1,452.62 | 159.63 | 1,292.99 | 0.00 |
| 2 | 04/29/11 | 610 | State Farm Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00  General Unsecured § 726(a)(2)> | 8,893.26 | 8,893.26 | 977.23 | 7,916.03 | 0.00 |
| 3 | 05/04/11 | 610 | Capital One Bank (USA) N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839<br><7100-00  General Unsecured § 726(a)(2)> | 2,063.96 | 2,063.96 | 226.80 | 1,837.16 | 0.00 |

(*) Denotes objection to Amount Filed

Printed: 11/11/13 12:13 PM                     **Trustee's Final Dividend**                                   Page: 2

### Case:  10-47375   TRAVIESO, LUIS

| Claim # | Date | Pri | Claimant / Proof / <Category> | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 4 | 05/04/11 | 610 | Capital One Bank (USA) N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839<br><7100-00   General Unsecured § 726(a)(2)> | 2,165.37 | 2,165.37 | 237.94 | 1,927.43 | 0.00 |
| 5 | 05/04/11 | 610 | Capital One Bank (USA) N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839<br><7100-00   General Unsecured § 726(a)(2)> | 5,208.84 | 5,208.84 | 572.37 | 4,636.47 | 0.00 |
| 6 | 05/10/11 | 610 | Chase Bank USA N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)> | 4,353.26 | 4,353.26 | 478.36 | 3,874.90 | 0.00 |
| 7 | 05/20/11 | 610 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390<br><7100-00   General Unsecured § 726(a)(2)> | 2,319.37 | 2,319.37 | 254.86 | 2,064.51 | 0.00 |
| 8 | 05/31/11 | 610 | PYOD LLC - Citibank NA<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 9,427.28 | 9,427.28 | 1,035.91 | 8,391.37 | 0.00 |
| 9 | 05/31/11 | 610 | PYOD LLC - Citibank NA<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 3,036.66 | 3,036.66 | 333.68 | 2,702.98 | 0.00 |
| 10 | 06/03/11 | 610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 2,774.92 | 2,774.92 | 304.92 | 2,470.00 | 0.00 |
| 11 | 06/07/11 | 610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 155.18 | 155.18 | 17.05 | 138.13 | 0.00 |
| 12 | 06/13/11 | 610 | US Bank N.A.<br>PO Box 5229<br>Cincinnati, OH 45201<br><7100-00   General Unsecured § 726(a)(2)> | 1,303.99 | 1,303.99 | 143.29 | 1,160.70 | 0.00 |
| 14 | 06/15/11 | 610 | Capio Partners LLC<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)> | 100.00 | 100.00 | 10.99 | 89.01 | 0.00 |

Printed: 11/11/13 12:13 PM  **Trustee's Final Dividend**  Page: 3

Case: 10-47375    TRAVIESO, LUIS

| Claim # | Date | Pri | Claimant / Proof / <Category> | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 15 | 06/15/11 | 610 | Capio Partners LLC<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)> | 100.00 | 100.00 | 10.99 | 89.01 | 0.00 |
| 17 | 06/23/11 | 610 | Capital One NA<br>Bass & Associates P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)> | 2,040.69 | 2,040.69 | 224.24 | 1,816.45 | 0.00 |
| 18 | 06/27/11 | 610 | Midland Funding LLC<br>by its authorized agent Recoser LLC<br>25 SE 2 Avenue, Ste 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 3,924.89 | 3,924.89 | 431.28 | 3,493.61 | 0.00 |
| 19 | 06/27/11 | 610 | Midland Funding LLC<br>by its authorized agent Recoser LLC<br>25 SE 2 Avenue, Ste 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 3,895.38 | 3,895.38 | 428.04 | 3,467.34 | 0.00 |
| 20 | 06/27/11 | 610 | Midland Funding LLC<br>by its authorized agent Recoser LLC<br>25 SE 2 Avenue, Ste 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 2,534.16 | 2,534.16 | 278.46 | 2,255.70 | 0.00 |
| 21 | 06/29/11 | 610 | Midland Funding LLC<br>by its authorized agent Recoser LLC<br>25 SE 2 Avenue, Ste 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 4,140.65 | 4,140.65 | 454.99 | 3,685.66 | 0.00 |
| 22 | 06/29/11 | 610 | Midland Funding LLC<br>by its authorized agent Recoser LLC<br>25 SE 2 Avenue, Ste 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 1,737.72 | 1,737.72 | 190.95 | 1,546.77 | 0.00 |
| 23 | 06/29/11 | 610 | Midland Funding LLC<br>by its authorized agent Recoser LLC<br>25 SE 2 Avenue, Ste 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 2,603.74 | 2,603.74 | 286.11 | 2,317.63 | 0.00 |
| 24 | 07/08/11 | 610 | Citibank, N.A.<br>Payment Center<br>4740 121st St<br>Urbandale, IA 50323<br><7100-00   General Unsecured § 726(a)(2)> | 8,174.83 | 8,174.83 | 898.29 | 7,276.54 | 0.00 |

Printed: 11/11/13 12:13 PM  **Trustee's Final Dividend**  Page: 4

**Case: 10-47375   TRAVIESO, LUIS**

| Claim # | Date | Pri | Claimant / Proof / <Category> | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 25 | 07/11/11 | 610 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541<br><7100-00   General Unsecured § 726(a)(2)> | 2,519.41 | 2,519.41 | 276.84 | 2,242.57 | 0.00 |
| 26 | 07/19/11 | 610 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br><7100-00   General Unsecured § 726(a)(2)> | 10,657.85 | 10,657.85 | 1,171.13 | 9,486.72 | 0.00 |
| | | | **Total for Priority 610:    10.98844% Paid** | **$85,584.03** | **$85,584.03** | **$9,404.35** | **$76,179.68** | **$0.00** |
| 16U | 06/20/11 | 630 | Internal Revenue Service<br>Atlanta, GA 39901-0025<br><7300-00   Fines, Penalties § 726(a)(4)> | 842.59 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Priority 630:   0% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$86,426.62** | **$85,584.03** | **$9,404.35** | **$76,179.68** | **$0.00** |
| | | | **Total for Case :** | **$95,536.85** | **$87,641.96** | **$11,462.28** | **$76,179.68** | **$0.00** |